**F I L E D**
CLERK, U.S. DISTRICT COURT

5/12/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:23-cr-00236 -ODW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine; 18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 933: Trafficking in Firearms; 18 U.S.C. §§ 922(g)(1), (g)(9): Felon and Prohibited Person in Possession of Firearms and Ammunition] |
| ERNESTO ECHEVERRIA, aka "Bad Boy," aka "Gordo," OSCAR BARRIENTOS, aka "Chato," FERNANDO M. MARTINEZ, III, aka "Lil Sharky," aka "Sharky," MICHAEL A. MURILLO, ADAM W. GARCIA, aka "Oso," ARNOLD R. SALAS, aka "Guerro," and DANIEL CARRILLO, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

[DEFENDANT ECHEVERRIA]

On or about June 22, 2022, in Los Angeles County, within the

Central District of California, defendant ERNESTO ECHEVERRIA, also

known as ("aka") "Bad Boy," aka "Gordo," knowingly and intentionally distributed at least five grams, that is, approximately 29.1 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT ECHEVERRIA]

On or about July 7, 2022, in Los Angeles County, within the Central District of California, defendant ERNESTO ECHEVERRIA, also known as ("aka") "Bad Boy," aka "Gordo," knowingly and intentionally distributed at least 50 grams, that is, approximately 84 grams, of methamphetamine, a Schedule II controlled substance.

1                              COUNT THREE

2                 [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

3                          [DEFENDANT ECHEVERRIA]

4         On or about July 26, 2022, in Los Angeles County, within the

5    Central District of California, defendant ERNESTO ECHEVERRIA, also

6    known as ("aka") "Bad Boy," aka "Gordo," knowingly and intentionally

7    distributed at least 50 grams, that is, approximately 55.4 grams, of

8    methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT ECHEVERRIA]

On or about August 24, 2022, in Los Angeles County, within the Central District of California, defendant ERNESTO ECHEVERRIA, also known as ("aka") "Bad Boy," aka "Gordo," knowingly and intentionally distributed at least 50 grams, that is, approximately 107 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT ECHEVERRIA]

On or about September 19, 2022, in Los Angeles County, within
the Central District of California, defendant ERNESTO ECHEVERRIA,
also known as ("aka") "Bad Boy," aka "Gordo," knowingly and
intentionally distributed at least 50 grams, that is, approximately
114 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT ECHEVERRIA]

On or about October 5, 2022, in Los Angeles County, within the Central District of California, defendants ERNESTO ECHEVERRIA, also known as ("aka") "Bad Boy," aka "Gordo," knowingly and intentionally distributed at least 50 grams, that is, approximately 439 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS ECHEVERRIA and BARRIENTOS]

On or about October 20, 2022, in Los Angeles County, within the Central District of California, defendants ERNESTO ECHEVERRIA, also known as ("aka") "Bad Boy," aka "Gordo," and OSCAR BARRIENTOS, aka "Chato," each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 1,262 grams, of methamphetamine, a Schedule II controlled substance.

COUNT EIGHT

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT ECHEVERRIA]

On or about December 19, 2022, in Los Angeles County, within the Central District of California, defendant ERNESTO ECHEVERRIA, also known as ("aka") "Bad Boy," aka "Gordo," knowingly and intentionally distributed at least 50 grams, that is, approximately 440 grams, of methamphetamine, a Schedule II controlled substance.

COUNT NINE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT MARTINEZ]

On or about January 5, 2023, in Los Angeles County, within the Central District of California, defendant FERNANDO M. MARTINEZ, III, also known as ("aka") "Lil Sharky," aka "Sharky," knowingly and intentionally distributed at least 50 grams, that is, approximately 429 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT ECHEVERRIA]

On or about April 6, 2023, in Los Angeles County, within the Central District of California, defendant ERNESTO ECHEVERRIA, also known as ("aka") "Bad Boy," aka "Gordo," knowingly and intentionally distributed at least 50 grams, that is, approximately 1,325 grams, of methamphetamine, a Schedule II controlled substance.

COUNT ELEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT ECHEVERRIA]

On or about April 25, 2023, in Los Angeles County, within the Central District of California, defendant ERNESTO ECHEVERRIA, also known as ("aka") "Bad Boy," aka "Gordo," knowingly and intentionally distributed at least 50 grams, that is, approximately 878 grams, of methamphetamine, a Schedule II controlled substance.

1                               COUNT TWELVE

2                          [18 U.S.C. § 371]

3     [DEFENDANTS ECHEVERRIA, BARRIENTOS, MARTINEZ, AND MURILLO]

4 A.    INTRODUCTORY ALLEGATION

5     At times relevant to this Indictment, defendants ERNESTO

6 ECHEVERRIA, also known as ("aka") "Bad Boy," aka "Gordo," OSCAR

7 BARRIENTOS, aka "Chato," FERNANDO M. MARTINEZ, III, aka "Lil Sharky,"

8 aka "Sharky," and MICHAEL A. MURILLO, did not have a federal firearms

9 license issued by the United States Bureau of Alcohol, Tobacco,

10 Firearms, and Explosives ("ATF"), and thus were not licensed to

11 import, manufacture, or deal in firearms.

12 B.    OBJECT OF THE CONSPIRACY

13     Beginning on an unknown date, but no later than on or about July

14 26, 2022, and continuing until at least on or about May 2, 2023, in

15 Los Angeles County, within the Central District of California, and

16 elsewhere, defendants ECHEVERRIA, BARRIENTOS, MARTINEZ, and MURILLO

17 conspired with others known and unknown to the Grand Jury to engage

18 in the business of dealing in firearms without a license, in

19 violation of Title 18, United States Code, Section 922(a)(1)(A).

20 C.    MANNER AND MEANS OF THE CONSPIRACY

21     The object of the conspiracy was to be accomplished, in

22 substance, as follows:

23     1.   Defendants ECHEVERRIA and MARTINEZ would offer to sell

24 firearms to a customer in Los Angeles and would coordinate the date,

25 time, and location of the firearms sale.

26     2.   Defendants ECHEVERRIA, BARRIENTOS, and MARTINEZ would sell

27 firearms to the customer and associates.

28

1    3.   Defendant MURILLO would supply defendant MARTINEZ with

2 firearms for the firearms sales.

3 D.   OVERT ACTS

4    On or about the following dates, in furtherance of the

5 conspiracy and to accomplish its object, defendants ECHEVERRIA,

6 BARRIENTOS, MARTINEZ, and MURILLO, and others known and unknown to

7 the Grand Jury, committed various overt acts within the Central

8 District of California, and elsewhere, including, but not limited to,

9 the following:

10 **August 3, 2022: Sale of a Firearm**

11    Overt Act No. 1:   Between July 27, 2022, and August 2, 2022,

12 defendant ECHEVERRIA told a person who he believed to be a firearms

13 customer, but who was actually a Confidential Informant working with

14 law enforcement, via telephone calls, that he had a firearm for sale.

15    Overt Act No. 2:   On August 3, 2022, defendant ECHEVERRIA

16 provided co-conspirator Arnold R. Salas's contact information to the

17 Confidential Informant to arrange a meeting to purchase the firearm.

18    Overt Act No. 3:   On August 3, 2022, co-conspirator Salas sold

19 the following firearm to the Confidential Informant for $ 1,200: a

20 Maadi Company model MISR 7.62 caliber rifle, bearing serial number

21 CM03978.

22 **August 29, 2022: Sale of A Firearm, Magazines, and Ammunition**

23    Overt Act No. 4:   On July 26, 2022, defendant ECHEVERRIA

24 provided, via text message, co-conspirator Adam W. Garcia's contact

25 information to the Confidential Informant to arrange the sale of

26 firearms.

27    Overt Act No. 5:   On August 27, 2022, co-conspirator Garcia

28 told the Confidential Informant via text message that he had a

firearm for sale and that he would try to hold the firearm until August 29, 2022 for the Confidential Informant.

Overt Act No. 6:   On August 29, 2022, co-conspirator Garcia drove to a prearranged location in Los Angeles, California, to sell the Confidential Informant a firearm.

Overt Act No. 7:   On August 29, 2022, co-conspirator Daniel Carrillo sold the following firearm and ammunition to the Confidential Informant for $ 1,200: a Polymer P80 9mm handgun, bearing no serial number (commonly referred to as a "ghost gun"); magazines; and 22 rounds of ammunition.

**August 29, 2022: Sale of A Firearm and Magazines**

Overt Act No. 8:   On August 29, 2022, via text message, defendant ECHEVERRIA sent the Confidential Informant a photograph of a firearm for sale and provided contact information for Co-Conspirator 1.

Overt Act No. 9:   On August 29, 2022, via telephone call, Co-Conspirator 1 instructed the Confidential Informant to meet him at a predetermined location for the firearm sale.

Overt Act No. 10:   On August 29, 2022, Co-Conspirator 1 sold the following firearm to the Confidential Informant for $ 1,200: a HS Produkt model XDS, 9mm caliber pistol, bearing serial number S3774388; and magazines.

**September 14, 2022: Sale of a Firearm**

Overt Act No. 11:   On August 29, 2022, via telephone call and text messages, defendant ECHEVERRIA told the Confidential Informant about a firearm for sale and sent photographs of the firearm for sale.

1    <u>Overt Act No. 12:</u>   On September 14, 2022, via text message,

2  defendant ECHEVERRIA provided the Confidential Informant with Co-

3  Conspirator 2's contact information.

4    <u>Overt Act No. 13:</u>   On September 14, 2022, via text message, Co-

5  Conspirator 2 sent the Confidential Informant a predetermined

6  location to meet for the firearm sale.

7    <u>Overt Act No. 14:</u>   On September 14, 2022, Co-Conspirator 2 sold

8  the following firearm to the Confidential Informant for $ 600: a

9  Remington Arms Company model 870 16 gauge shotgun, bearing serial

10  number 272310W.

11  **<u>September 19, 2022: Sale of a Firearm and Ammunition</u>**

12    <u>Overt Act No. 15:</u>   On September 18, 2022, via telephone call,

13  defendant ECHEVERRIA told the Confidential Informant about a firearm

14  for sale.

15    <u>Overt Act No. 16:</u>   On September 19, 2022, at a predetermined

16  meeting location, defendant ECHEVERRIA showed the Confidential

17  Informant a firearm for sale located in a Toyota Corolla.

18    <u>Overt Act No. 17:</u>   On September 19, 2022, defendant ECHEVERRIA

19  sold the following firearm to the Confidential Informant for $ 1,400:

20  a privately manufactured AR-style pistol bearing no serial number

21  (commonly referred to as a "ghost gun"); and ammunition.

22  **<u>September 23, 2022: Sale of Two Firearms and Ammunition</u>**

23    <u>Overt Act No. 18:</u>   On September 23, 2022, via text messages,

24  defendant ECHEVERRIA sent the Confidential Informant two photographs

25  of firearms for sale, stating "look there a 9 -p80 for $1100 and

26  another ar15 for $1600."  Defendant ECHEVERRIA also sent the

27  Confidential Informant defendant BARRIENTOS's address to meet for the

28  transaction.

1    <u>Overt Act No. 19:</u>    On September 23, 2022, defendant ECHEVERRIA

2    introduced the Confidential Informant to defendant BARRIENTOS as his

3    "homeboy Chato."

4    <u>Overt Act No. 20:</u>    On September 23, 2022, defendants ECHEVERRIA

5    and BARRIENTOS sold the following firearms and ammunition to the

6    Confidential Informant for $3,000: a B.F.I. model XM15-E2S 5.56

7    caliber rifle, with obliterated serial number; a Polymer 80 9mm

8    handgun, bearing no serial number (commonly referred to as a "ghost

9    gun"); and ammunition.

10    <u>Overt Act No. 21:</u>    On September 23, 2022, after the

11    Confidential Informant paid defendant ECHEVERRIA $3,000, defendant

12    ECHEVERRIA handed defendant BARRIENTOS all or some of the paid money.

13    **September 28, 2022: Sale of One Firearm and Magazine**

14    <u>Overt Act No. 22:</u>    On September 24, 2022, via text message,

15    defendant ECHEVERRIA sent the Confidential Informant a picture of a

16    black handgun with an extended magazine and a message, stating "9mm.

17    40 Glock. $1200."

18    <u>Overt Act No. 23:</u>    On or about September 28, 2022, on a

19    telephone call, defendant ECHEVERRIA told the Confidential Informant

20    to meet at defendant BARRIENTOS's address.

21    <u>Overt Act No. 24:</u>    On or about September 28, 2022, defendant

22    BARRIENTOS provided a firearm to the Confidential Informant to

23    inspect.

24    <u>Overt Act No. 25:</u>    On or about September 28, 2022, defendant

25    ECHEVERRIA told the Confidential Informant that defendant BARRIENTOS

26    had an extended magazine for sale and defendant BARRIENTOS searched

27    for the extended magazine.

28

Overt Act No. 26:   On or about September 28, 2022, defendants ECHEVERRIA and BARRIENTOS sold the following firearm to the Confidential Informant for $1,200: a Polymer80 PF940V2 9mm handgun, bearing no serial number (commonly referred to as a "ghost gun"); and a magazine.

**October 5, 2022: Sale of a Firearm and Ammunition**

Overt Act No. 27:   Between October 2, 2022 and October 4, 2022, via telephone calls, defendant ECHEVERRIA told the Confidential Informant that he had a firearm for sale, but that it had been sold, and that he would try to find another firearm to sell.

Overt Act No. 28:   On October 5, 2022, via text message, defendant ECHEVERRIA sent the Confidential Informant photographs of a firearm for sale.

Overt Act No. 29:   On October 5, 2022, defendant ECHEVERRIA and Co-Conspirator 1 drove to a pre-determined meeting location to conduct the firearm sale.

Overt Act No. 30:   On October 5, 2022, defendant ECHEVERRIA sold the following firearm to the Confidential Informant for $1,200: a Polymer 80 PF940V2 9mm handgun bearing no serial number (commonly referred to as a "ghost gun"); and ammunition.

**October 6, 2022: Sale of Two Firearms**

Overt Act No. 31:   On October 6, 2022, via text message, defendant ECHEVERRIA sent the Confidential Informant two pictures of firearms in gun boxes, and stated "that's a 1911 -45 The second one is a 40 Glock . . . They want $3000 for both."

Overt Act No. 32:   On October 6, 2022, via telephone call, defendant ECHEVERRIA told the Confidential Informant that the

firearms were at defendant BARRIENTOS's residence and agreed to meet with the Confidential Informant at defendant BARRIENTOS's residence.

Overt Act No. 33:   On October 6, 2022, defendant BARRIENTOS stated that he normally sold similar pistols for more money, but that he would be willing to sell the current pistols for less.

Overt Act No. 34:   On October 6, 2022, defendants ECHEVERRIA and BARRIENTOS sold the following two firearms to the Confidential Informant for $3,100: a Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477693 and a Glock model 22 Gen4 .40 caliber pistol, bearing serial number BCKV862.

Overt Act No. 35:   On October 6, 2022, defendant ECHEVERRIA received the $3,100 payment from the Confidential Informant and handed defendant BARRIENTOS all or some of the paid money.

**October 11, 2022: Sale of Three Firearms and Ammunition**

Overt Act No. 36:   On October 7, 2022, via text message, defendant ECHEVERRIA sent the Confidential Informant a photograph of a firearm for sale.  He stated "U know what that is? . . . FN 57 . . . Cop Killer's."

Overt Act No. 37:   On October 11, 2022, via text message, defendant ECHEVERRIA told the Confidential Informant to meet at defendant BARRIENTOS's residence.

Overt Act No. 38:   On October 11, 2022, defendant ECHEVERRIA showed the Confidential Informant a FN model Five-seveN 5.7x28 caliber pistol that was still in a box.

Overt Act No. 39:   On October 11, 2022, defendants ECHEVERRIA and BARRIENTOS sold the following firearms and ammunition to the Confidential Informant for $6,150: a FN model Five-seveN 5.7x28 caliber pistol, bearing serial number 386383859; a Smith & Wesson

model M&P9 Shield 9mm caliber pistol, bearing serial number HYB5128; a Polymer80 PF940C 9mm pistol, bearing no serial number (commonly referred to as a "ghost gun"); and 300 rounds of ammunition.

**October 20, 2022 Sale of Two Firearms**

Overt Act No. 40:   On October 17, 2022, via text message, defendant ECHEVERRIA sent the Confidential Informant a photograph of a firearm for sale.

Overt Act No. 41:   On October 19, 2022, via text message, defendant ECHEVERRIA told the Confidential Informant that he had another firearm for sale.

Overt Act No. 42:   On October 20, 2022, defendant ECHEVERRIA drove to defendant BARRIENTOS's residence to complete a firearms sale to the Confidential Informant.

Overt Act No. 43:   On October 20, 2022, defendants ECHEVERRIA and BARRIENTOS sold the following firearms and ammunition to the Confidential Informant for $3,400: a Walther model MP Uzi .22 caliber rifle, bearing serial number W1022492; a .223 caliber privately manufactured short-barreled rifle, bearing no serial number (commonly referred to as a "ghost gun"); and ammunition.

**October 27, 2022 Sale of One Firearm**

Overt Act No. 44:   On October 21, 2022, via text message, defendant ECHEVERRIA told the Confidential Informant "there's another FN 5.7 on the line," with a photograph of a firearm for sale.

Overt Act No. 45:   On October 24, 2022, via text message, defendant ECHEVERRIA told the Confidential Informant that another firearm was for sale and asked the Confidential Informant if defendant BARRIENTOS should look for more firearms for sale.

<u>Overt Act No. 46:</u>  On October 27, 2022, defendant BARRIENTOS retrieved a firearm from a toolchest along the wall at defendant BARRIENTOS's residence.

<u>Overt Act No. 47:</u>  On October 27, 2022, defendants ECHEVERRIA and BARRIENTOS sold the following firearm to the Confidential Informant for $3,300: a Ruger model Ruger-57 5.7x28 caliber pistol, bearing serial number 64307104.

**<u>November 16, 2022 Sale of Two Firearms</u>**

<u>Overt Act No. 48:</u>  On November 8, 2022, via text message, defendant ECHEVERRIA sent the Confidential Informant a photograph of a firearm for sale.

<u>Overt Act No. 49:</u>  On November 14, 2022, via text message, defendant ECHEVERRIA sent the Confidential Informant a photograph of another firearm for sale.

<u>Overt Act No. 50:</u>  On November 16, 2022, defendant BARRIENTOS showed the Confidential Informant how one of the firearms functioned.

<u>Overt Act No. 51:</u>  On November 16, 2022, defendants ECHEVERRIA and BARRIENTOS sold the following firearms to the Confidential Informant for $4,200: a Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477691; American Tactical Imports model Omni Hybrid multi-caliber pistol, bearing serial number NS263965.

**<u>November 21, 2022 Sale of One Firearm</u>**

<u>Overt Act No. 52:</u>  On November 17, 2022, via text message, defendant ECHEVERRIA sent the Confidential Informant photographs of firearms for sale.

    <u>Overt Act No. 53:</u>  On November 18, 2022, via text message, defendant ECHEVERRIA sent the Confidential Informant a photograph of another firearm for sale.

    <u>Overt Act No. 54:</u>  On November 21, 2022, via text message, defendant ECHEVERRIA sent the Confidential Informant a photograph of another firearm for sale.

    <u>Overt Act No. 55:</u>  On November 21, 2022, via telephone call, defendant ECHEVERRIA told the Confidential Informant to meet him at an address in Rosemead, California.

    <u>Overt Act No. 56:</u>  On November 21, 2022, defendant ECHEVERRIA arrived at the predetermined location in a Toyota Corolla.

    <u>Overt Act No. 57:</u>  On November 21, 2022, defendant MARTINEZ arrived at the predetermined location in a Dodge Durango.

    <u>Overt Act No. 58:</u>  On November 21, 2022, at the predetermined location, defendant ECHEVERRIA introduced defendant MARTINEZ to the Confidential Informant as "Sharky."

    <u>Overt Act No. 59:</u>  On November 21, 2022, defendant MARTINEZ told the Confidential Informant that the firearm for sale was fully automatic and had three switches.

    <u>Overt Act No. 60:</u>  On November 21, 2022, defendants ECHEVERRIA and MARTINEZ sold the following firearm to the Confidential Informant for $3,000: a privately manufactured AK-style pistol with a black handle, bearing serial number M92PV030789 (commonly referred to as a "ghost gun"), with an extended magazine.

**December 2, 2022 Sale of Three Firearms and Ammunition**

    <u>Overt Act No. 61:</u>  On December 1, 2022, via telephone call and text messages, defendant ECHEVERRIA told the Confidential about a firearm available for sale and sent photographs of firearms for sale.

1       Overt Act No. 62:   On December 2, 2022, via telephone call,
2   defendant ECHEVERRIA told the Confidential Informant to call
3   defendant MARTINEZ to talk and provided defendant MARTINEZ's contact
4   information.

5       Overt Act No. 63:   On December 2, 2022, via telephone call,
6   defendant MARTINEZ spoke to the Confidential Informant and arranged a
7   meeting.

8       Overt Act No. 64:   On December 2, 2022, defendant MARTINEZ
9   drove to the predetermined meeting location in a Dodge Durango.

10      Overt Act No. 65:   On December 2, 2022, defendant MARTINEZ
11  showed the Confidential Informant two firearms, magazines, and
12  ammunition for sale in the trunk of another car.

13      Overt Act No. 66:   On December 2, 2022, defendant MARTINEZ left
14  the predetermined meeting location to retrieve an additional firearm
15  to sell.

16      Overt Act No. 67:   On December 2, 2022, defendant MARTINEZ sold
17  the following firearms to the Confidential Informant for $5,500: a
18  Radikal Arms model NK-1 12 gauge shotgun, bearing serial number
19  20RB01083; a Zastava model ZPAP92 7.62 caliber pistol, bearing serial
20  number Z92090925; a Beretta model 92FS 9mm caliber pistol, bearing
21  serial number BER 098814; and magazines and ammunition.

22  **December 19, 2022 Sale of Three Firearms**

23      Overt Act No. 68:   On December 3, 2022, via text message,
24  defendant ECHEVERRIA sent the Confidential Informant a photograph of
25  a firearm for sale.

26      Overt Act No. 69:   On December 6, 2022, via text message,
27  defendant ECHEVERRIA sent the Confidential Informant a photograph of
28  a firearm for sale.

<u>Overt Act No. 70:</u>  On December 14, 2022, via text message, defendant ECHEVERRIA sent the Confidential Informant a photograph of a firearm for sale.

<u>Overt Act No. 71:</u>  On December 16, 2022, defendant ECHEVERRIA told the Confidential Informant that defendant MARTINEZ would sell the Confidential Informant the firearms.

<u>Overt Act No. 72:</u>  On December 19, 2022, via text message, defendant MARTINEZ asked the Confidential Informant for his/her arrival time at the predetermined meeting location.

<u>Overt Act No. 73:</u>  On December 19, 2022, defendant MARTINEZ arrived at the predetermined meeting location in a Dodge Durango.

<u>Overt Act No. 74:</u>  On December 19, 2022, defendant MARTINEZ left the predetermined meeting location to retrieve additional firearms for sale.

<u>Overt Act No. 75:</u>  On December 19, 2022, defendant MARTINEZ sold the following firearms to the Confidential Informant for $5,100: a CZ model CZ 2075 RAMI 9mm caliber pistol, bearing serial number D214719; a Glock model 22 .40 caliber pistol, bearing serial number CRE388 US; an unknown make AK-style pistol, bearing a serial number SBX0940 (commonly referred to as a "ghost gun"); and magazines.

**January 5, 2023 Sale of Two Firearms**

<u>Overt Act No. 76:</u>  On December 26, 2022, via text message, defendant MARTINEZ sent the Confidential Informant photographs of firearms for sale.

<u>Overt Act No. 77:</u>  On January 2, 2023, via text message, defendant MARTINEZ told the Confidential Informant that he had additional firearms for sale and sent photographs of firearms for sale.

Overt Act No. 78:   On January 5, 2023, defendant MARTINEZ arrived at the predetermined meeting location in a Dodge Durango.

Overt Act No. 79:   On January 5, 2023, defendant MARTINEZ handed the Confidential Informant a bag and a box containing firearms through the Confidential Informant's car window.

Overt Act No. 80:   On January 5, 2023, defendant MARTINEZ sold the following to the Confidential Informant for $3,900: a Century Arms model RAS47 7.62 caliber pistol, bearing serial number RAS47106950; and an Israel Military Industries Ltd. Model Desert Eagle 9mm caliber pistol, bearing serial number 144631; and magazines.

**January 19, 2023 Sale of Four Firearms and Ammunition**

Overt Act No. 81:   On January 6, 2023, via text message, defendant MARTINEZ sent the Confidential Informant photographs of firearms for sale.

Overt Act No. 82:   On January 8, 2023, via telephone call, defendant MARTINEZ told the Confidential Informant that he had a few new firearms in the box.

Overt Act No. 83:   On January 15, 2023, via text message, defendant MARTINEZ sent the Confidential Informant photographs of firearms for sale.

Overt Act No. 84:   On January 15, 2023, via text message, defendant MARTINEZ told the Confidential Informant that one of the firearms "has armored piercing bullets."

Overt Act No. 85:   On January 17, 2023, via text message, defendant MARTINEZ sent the Confidential Informant a photograph of a firearm for sale.

Overt Act No. 86:   On January 17, 2023, after the Confidential Informant confirmed that he/she was interested in purchasing firearms, including 1911 pistols, defendant MARTINEZ sent several text messages to defendant MURILLO.

Overt Act No. 87:   On January 19, 2023, defendant MARTINEZ arrived at the predetermined meeting location in the passenger seat of a Toyota 4Runner.

Overt Act No. 88:   On January 19, 2023, defendant MARTINEZ sold the following firearms and ammunition to the Confidential Informant for $6,000: a Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477599; a Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477606; a Glock model 23 .40 caliber pistol, bearing serial number CUU065US; a FN model Five-seveN 5.7x28 caliber pistol, bearing serial number 386319675; as well as magazines, firearm accessories, and ammunition.

**February 9, 2023 Sale of One Firearm and Ammunition**

Overt Act No. 89:   On January 28, 2023, via text message, defendant ECHEVERRIA sent the Confidential Informant a photograph of a firearm for sale.

Overt Act No. 90:   On January 29, 2023, via text message, defendant ECHEVERRIA sent the Confidential Informant a photograph of a firearm for sale.

Overt Act No. 91:   On February 9, 2023, via telephone call, defendant ECHEVERRIA told the Confidential Informant that he would give the seller a call so that the firearm would be brought to the sale for the Confidential Informant.

Overt Act No. 92:   On February 9, 2023, defendant ECHEVERRIA and co-conspirator Adam Garcia met with the Confidential Informant at the predetermined meeting location.

Overt Act No. 93:   On February 9, 2023, co-conspirator Garcia showed the Confidential Informant a firearm for sale and two magazines.

Overt Act No. 94:   On February 9, 2023, co-conspirator Garcia sold the following firearm and ammunition to the Confidential Informant for $2,000: a Black Aces Tactical model FD12, 12 gauge shotgun, bearing serial number 20BLP14099; and ammunition.

**March 13, 2023 Sale of Two Firearms and Ammunition**

Overt Act No. 95:   Between March 8, 2023 and March 11, 2023, via text messages, defendant ECHEVERRIA sent the Confidential Informant photographs of firearms for sale.

Overt Act No. 96:   On March 13, 2023, defendant ECHEVERRIA told the Confidential Informant that defendant BARRIENTOS had firearms to sell the Confidential Informant instead because the original firearms were not available.

Overt Act No. 97:   On March 13, 2023, defendant BARRIENTOS left his residence to retrieve firearms and returned.

Overt Act No. 98:   On March 13, 2023, defendant BARRIENTOS showed the Confidential Informant firearms from his vehicle.

Overt Act No. 99:   On March 13, 2023, defendant BARRIENTOS sold the following firearms and ammunition to the Confidential Informant for $5,000: a Juggernaut Tactical model JT-9 9mm caliber short-barreled rifle, bearing no serial number (commonly referred to as a "ghost gun"); a Zasatava Arms model M92PV 7.62x39mm caliber pistol, bearing serial number M92PV023571; and ammunition.

**April 6, 2023 Sale of a Firearm, Magazines, and Ammunition**

Overt Act No. 100:  Between April 3, 2023 and April 5, 2023, via telephone calls, defendant ECHEVERRIA told the Confidential Informant about firearms for sale.

Overt Act No. 101:  On April 6, 2023, defendant ECHEVERRIA confirmed the meeting at the predetermined meeting location, telling the Confidential Informant that the firearm seller was "coming with that XD to my house," referring to the type of firearm for sale.

Overt Act No. 102:  On April 6, 2023, defendant ECHEVERRIA arrived at the predetermined meeting location for the firearm sale.

Overt Act No. 103:  On April 6, 2023, Co-Conspirator 3 arrived at the predetermined meeting location in a Chevrolet Silverado with the firearm for sale.

Overt Act No. 104:  On April 6, 2023, Co-conspirator 3 sold the following firearm and ammunition to the Confidential Informant for $1,250: a Springfield Armory model XD-40 .40 caliber pistol, bearing serial number US410519; magazines; and ammunition.

**April 6, 2023 Sale of Six Firearms**

Overt Act No. 105:  On April 4, 2023, via text message, using coded language, defendant MARTINEZ told the Confidential Informant that defendant MARTINEZ had firearms for sale.

Overt Act No. 106:  On April 4, 2023, after the Confidential Informant confirmed the firearms sale, defendant MARTINEZ sent text messages and phone calls with defendant MURILLO.

Overt Act No. 107:  On April 5, 2023, via telephone call, defendant MARTINEZ confirmed to the Confidential Informant that the firearms for sale were new.

Overt Act No. 108:  On April 6, 2023, after the Confidential Informant requested model 1911 firearms, defendant MARTINEZ called defendant MURILLO.

Overt Act No. 109:  On April 6, 2023, defendant MARTINEZ arrived in a Dodge Durango to the predetermined meeting location.

Overt Act No. 110:  On April 6, 2023, defendant MURILLO arrived in a Toyota SUV to the predetermined meeting location, carrying multiple boxes of firearms.

Overt Act No. 111:  On April 6, 2023, defendant MARTINEZ retrieved multiple firearm boxes from the rear seat of the Toyota SUV driven by defendant MURILLO and from defendant MARTINEZ's Dodge Durango and placed them inside the Confidential Informant's vehicle.

Overt Act No. 112:  On April 6, 2023, defendant MARTINEZ sold the following firearms to the Confidential Informant for $9,000: a FN model Five-seveN 5.7x28 caliber pistol, bearing serial number 386299943; Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477863; Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477857; Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477858; Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477859; and Rock Island Armory model 1911A1 .45 caliber pistol bearing serial number RIA2477860; and magazines.

**May 2, 2023 Sale of Five Firearms**

Overt Act No. 113:  On May 2, 2023, via text message, defendant MARTINEZ told the Confidential Informant that he could provide five firearms for sale.

Overt Act No. 114:  On May 2, 2023, defendant MARTINEZ met with defendant MURILLO at a predetermined meeting location.

Overt Act No. 115:  On May 2, 2023, defendants MARTINEZ and MURILLO drove away from the predetermined meeting location and then returned to meet the Confidential Informant at the predetermined meeting location.

Overt Act No. 116:  On May 2, 2023, defendant MARTINEZ unloaded five boxes with firearms from the vehicle driven by defendant MURILLO and handed them to the Confidential Informant.

Overt Act No. 117:  On May 2, 2023, defendant MARTINEZ sold the following firearms to the Confidential Informant for $5,500: a Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477608; Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477609; a Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477611; a Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477755; and a Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477758.

COUNT THIRTEEN

[18 U.S.C. §§ 922(a)(1)(A), 2(a)]

[DEFENDANTS ECHEVERRIA, BARRIENTOS, MARTINEZ, and MURILLO]

Beginning on an unknown date, but no later than August 3, 2022, and continuing to on or about May 3, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendants ERNESTO ECHEVERRIA, also known as ("aka") "Bad Boy," aka "Gordo," OSCAR BARRIENTOS, aka "Chato," FERNANDO M. MARTINEZ, III, aka "Lil Sharky," aka "Sharky," and MICHAEL A. MURILLO, each aiding and abetting the other, not being licensed importers, manufacturers, or dealers of firearms, willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms, on or about the following dates:

| DATE | DEFENDANT(S) | FIREARM(S) |
|------|--------------|------------|
| August 3, 2022 | ECHEVERRIA | Maadi Company model MISR 7.62 caliber rifle, bearing serial number CM03978 |
| August 29, 2022 | ECHEVERRIA | Polymer P80 9mm handgun, bearing no serial number (commonly referred to as a "ghost gun") |
| August 29, 2022 | ECHEVERRIA | HS Produkt model XDS, 9mm caliber pistol, bearing serial number S3774388 |
| September 14, 2022 | ECHEVERRIA | Remington Arms Company model 870 16 gauge shotgun, bearing serial number 272310W |
| September 19, 2022 | ECHEVERRIA | Privately manufactured AR-style pistol, bearing no serial number (commonly referred to as a "ghost gun") |
| September 23, 2022 | ECHEVERRIA, BARRIENTOS | (1) B.F.I. model XM15-E2S 5.56 caliber rifle, with obliterated serial number (2) Polymer 80 9mm handgun, bearing no serial number (commonly referred to as a "ghost gun") |

| DATE | DEFENDANT(S) | FIREARM(S) |
|------|--------------|------------|
| September 28, 2022 | ECHEVERRIA, BARRIENTOS | Polymer80 PF940V2 9mm handgun, bearing no serial number (commonly referred to as a "ghost gun") |
| October 5, 2022 | ECHEVERRIA | Polymer 80 PF940V2 9mm handgun, bearing no serial number (commonly referred to as a "ghost gun") |
| October 6, 2022 | ECHEVERRIA, BARRIENTOS | (1) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477693<br><br>(2) Glock model 22 Gen4 .40 caliber pistol, bearing serial number BCKV862 |
| October 11, 2022 | ECHEVERRIA, BARRIENTOS | (1) FN model Five-seveN 5.7x28 caliber pistol, bearing serial number 386383859<br><br>(2) Smith & Wesson model M&P9 Shield 9mm caliber pistol, bearing serial number HYB5128<br><br>(3) Polymer80 PF940C 9mm pistol, bearing no serial number (commonly referred to as a "ghost gun") |
| October 20, 2022 | ECHEVERRIA, BARRIENTOS | (1) Walther model MP Uzi .22 caliber rifle, bearing serial number W1022492<br><br>(2) Privately manufactured .223 caliber short-barreled rifle, bearing no serial number (commonly referred to as a "ghost gun") |
| October 27, 2022 | ECHEVERRIA, BARRIENTOS | Ruger model Ruger-57 5.7x28 caliber pistol, bearing serial number 64307104 |
| November 16, 2022 | ECHEVERRIA, BARRIENTOS | (1) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477691<br><br>(2) American Tactical Imports model Omni Hybrid multi-caliber pistol, bearing serial number NS263965 |
| November 21, 2022 | ECHEVERRIA, MARTINEZ | Privately manufactured AK-style pistol, bearing serial number M92PV030789 (commonly referred to as a "ghost gun") |

| DATE | DEFENDANT(S) | FIREARM(S) |
|---|---|---|
| December 2, 2022 | ECHEVERRIA, MARTINEZ | (1) Zastava model ZPAP92 7.62 caliber pistol, bearing serial number Z92090925<br><br>(2) Radikal Arms model NK-1 12 gauge shotgun, bearing serial number 20RB01083<br><br>(3) Beretta model 92FS 9mm caliber pistol, bearing serial number BER 098814 |
| December 19, 2022 | ECHEVERRIA, MARTINEZ | (1) AK-style pistol, bearing a serial number SBX0940 (commonly referred to as a "ghost gun")<br><br>(2) CZ model CZ 2075 RAMI 9mm caliber pistol, bearing serial number D214719<br><br>(3) Glock model 22 .40 caliber pistol, bearing serial number CRE388 US |
| January 5, 2023 | MARTINEZ | (1) Century Arms model RAS47 7.62 caliber pistol, bearing serial number RAS47106950<br><br>(2) Israel Military Industries Ltd. Model Desert Eagle 9mm caliber pistol, bearing serial number 144631 |
| January 19, 2023 | MARTINEZ | (1) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477599<br><br>(2) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477606<br><br>(3) Glock model 23 .40 caliber pistol, bearing serial number CUU065US<br><br>(4) FN model Five-seveN 5.7x28 caliber pistol, bearing serial number 386319675 |
| February 9, 2023 | ECHEVERRIA | Black Aces Tactical model FD12 12 gauge shotgun, bearing serial number 20BLP14099 |

33

| DATE | DEFENDANT(S) | FIREARM(S) |
|------|--------------|------------|
| March 13, 2023 | ECHEVERRIA, BARRIENTOS | (1) Juggernaut Tactical model JT-9 9mm caliber short-barrel rifle, bearing no serial number (commonly referred to as a "ghost gun")<br><br>(2) Zastava Arms model M92PV 7.62x39mm caliber pistol, bearing serial number M92PV023571 |
| April 6, 2023 | ECHEVERRIA | Springfield Armory model XD-40 .40 caliber pistol, bearing serial number US410519 |
| April 6, 2023 | MARTINEZ, MURILLO | (1) FN model Five-seveN 5.7x28 caliber pistol, bearing serial number 386299943<br><br>(2) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477863<br><br>(3) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477857<br><br>(4) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477858<br><br>(5) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477859<br><br>(6) Rock Island Armory model 1911A1 .45 caliber pistol bearing serial number RIA2477860 |

| DATE | DEFENDANT(S) | FIREARM(S) |
|------|--------------|-----------|
| May 2, 2023 | MARTINEZ, MURILLO | (1) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477608 |
| | | (2) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477609 |
| | | (3) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477611 |
| | | (4) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477755 |
| | | (5) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477758 |

COUNT FOURTEEN

[18 U.S.C. §§ 933(a)(1), 2(a)]

[DEFENDANTS ECHEVERRIA and BARRIENTOS]

On or about November 16, 2022, in Los Angeles County, within the Central District of California, defendants ERNESTO ECHEVERRIA, also known as ("aka") "Bad Boy," aka "Gordo," and OSCAR BARRIENTOS, aka "Chato," each aiding and abetting the other, shipped, transported, transferred, and caused to be transported, and otherwise disposed of, firearms, namely, a Rock Island 1911 .45 caliber pistol, bearing serial number RIA2477691, and an American Tactical AR-style .223 caliber pistol, bearing serial number NS263965, in and affecting interstate commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipients would constitute a felony.

COUNTS FIFTEEN THROUGH EIGHTEEN

[18 U.S.C. § 922(g)(1)]

[DEFENDANT ECHEVERRIA]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant ERNESTO ECHEVERRIA, also known as ("aka") "Bad Boy," aka "Gordo," knowingly possessed the following firearms and ammunition, each in and affecting interstate and foreign commerce:

| COUNT | DATE | FIREARM(S) AND AMMUNITION |
|-------|------|---------------------------|
| FIFTEEN | September 19, 2022 | (1) 1 round of Lake City Army Ammunition Plant 5.56 caliber ammunition<br><br>(2) 1 round of Winchester Ammunition 5.56 caliber ammunition<br><br>(3) 1 round of Federal Cartridge Company 5.56 or .223 caliber ammunition<br><br>(4) 1 round of Hornady .223 caliber ammunition |
| SIXTEEN | September 23, 2022 | B.F.I. model XM15-E2S 5.56 caliber rifle with obliterated serial number |

37

| COUNT | DATE | FIREARM(S) AND AMMUNITION |
|---|---|---|
| SEVENTEEN | October 5, 2022 | (1) 7 rounds of CCI/Speer or Federal Cartridge Company 9mm caliber ammunition |
| | | (2) 13 rounds of Winchester Ammunition 9mm caliber ammunition |
| | | (3) 2 rounds of Remington Ammunition 9mm caliber ammunition |
| | | (4) 2 rounds of Industrias Tecnos S.A. de C.V. 9mm caliber ammunition |
| | | (5) 1 round of Federal Cartridge Company 9mm caliber ammunition |
| | | (6) 1 round of Fiocchi 9mm caliber ammunition |
| | | (7) 1 round of CBC-Companhia Brasileira de Cartuchos 9mm caliber ammunition |
| | | (8) 1 round of Starline 9mm caliber ammunition |
| EIGHTEEN | November 16, 2022 | (1) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477691 |
| | | (2) American Tactical Imports model Omni Hybrid multi-caliber pistol, bearing serial number NS263965 |

Defendant ECHEVERRIA possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.    Evading a Peace Officer with Willful Disregard, in violation of California Vehicle Code Section 2800.2(a), in the Superior Court of the State of California, County of Los Angeles, Case No. GA049599, on or about August 7, 2002;

2.    Assault with a Firearm, in violation of California Penal Code Section 245(a)(2), in the Superior Court of the State of

38

California, County of Los Angeles, Case No. BA295175, on or about September 19, 2006; and

3.    Receiving Stolen Property, in violation of California Penal Code Section 496(a), in the Superior Court of the State of California, County of Los Angeles, Case No. BA484574, on or about January 23, 2020.

COUNTS NINETEEN THROUGH TWENTY-FIVE

[18 U.S.C. § 922(g)(1)]

[DEFENDANT BARRIENTOS]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant OSCAR BARRIENTOS, also known as "Chato," knowingly possessed the following firearms and ammunition, each in and affecting interstate and foreign commerce:

| COUNT | DATE | FIREARM(S) AND AMMUNITION |
|---|---|---|
| NINETEEN | September 23, 2022 | (1) B.F.I. model XM15-E2S 5.56 caliber rifle with obliterated serial number<br><br>(2) 240 rounds of Poongsan Metals Corp. .223 caliber ammunition |
| TWENTY | October 6, 2022 | (1) Rock Island Armory model 1911A1 .45 caliber pistol bearing serial number RIA2477693<br><br>(2) Glock model 22 Gen4 .40 caliber pistol bearing serial number BCKV862 |
| TWENTY-ONE | October 11, 2022 | (1) FN model Five-seveN 5.7x28 caliber pistol, bearing serial number 386383859<br><br>(2) Smith & Wesson model M&P9 Shield 9mm caliber pistol, bearing serial number HYB5128<br><br>(3) 300 rounds of FN Herstal 5.7x28 caliber ammunition |
| TWENTY-TWO | October 20, 2022 | (1) Walther model MP Uzi .22 caliber rifle, bearing serial number W1022492<br><br>(2) 22 rounds of Remington Ammunition .22 caliber ammunition<br><br>(3) 15 rounds of Lake City Army Ammunition Plant .223 caliber ammunition |
| TWENTY-THREE | October 27, 2022 | Ruger model Ruger-57 5.7x28 caliber pistol, bearing serial number 64307104 |

| COUNT | DATE | FIREARM(S) AND AMMUNITION |
|---|---|---|
| TWENTY-FOUR | November 16, 2022 | (1) Rock Island Armory model 1911A1 .45 caliber pistol, bearing serial number RIA2477691<br><br>(2) American Tactical Imports model Omni Hybrid multi-caliber pistol, bearing serial number NS263965 |
| TWENTY-FIVE | March 13, 2023 | (1) Zastava Arms model M92PV 7.62x39mm caliber pistol, bearing serial number M92PV023571<br><br>(2) 4 rounds of Prvi Partizan 7.62x39 caliber ammunition |

Defendant BARRIENTOS possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.    Possession of a Controlled Substance, in violation of California Health & Safety Code Section 11350(a), in the Superior Court for the State of California, County of Los Angeles, Case No. BA292111, on or about October 31, 2005; and

2.    Grand Theft, in violation of California Penal Code Section 487(d)(1), in the Superior Court for the State of California, County of Los Angeles, Case No. GA064966, on or about March 23, 2006.

41

COUNT TWENTY-SIX

[18 U.S.C. § 922(g)(1)]

[DEFENDANT GARCIA]

On or about February 9, 2023, in Los Angeles County, within the Central District of California, defendant ADAM W. GARCIA, also known as "Oso," knowingly possessed a firearm, namely, a Black Aces Tactical model FD12, 12 gauge shotgun, bearing serial number 20BLP14099, and ammunition, namely, 9 rounds of Winchester Ammunition 12 gauge shotshells, each in and affecting interstate and foreign commerce.

Defendant GARCIA possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.    Taking a Motor Vehicle, in violation of California Penal Code Section 215(a), in the Superior Court of the State of California, County of Los Angeles, Case No. BA179613, on or about August 26, 1999;

2.    Robbery: Second Degree, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of Los Angeles, Case No. BA179613, on or about August 26, 1999;

3.    Kidnapping, in violation of California Penal Code Section 207(a), in the Superior Court of the State of California, County of Los Angeles, Case No. BA179613, on or about August 26, 1999;

4.    Assault with Deadly Weapon, in violation of California Penal Code Section 245(a), in the Superior Court of the State of

42

California, County of Los Angeles, Case No. GA101101, on or about June 8, 2017; and

    5.    Taking Vehicle Without Consent, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Los Angeles, Case No. BA469952, on or about August 16, 2018.

1

2

3

COUNT TWENTY-SEVEN

[18 U.S.C. § 922(g)(1)]

[DEFENDANT SALAS]

4   On or about August 3, 2022, in Los Angeles County, within the

5   Central District of California, defendant ARNOLD R. SALAS, also known

6   as "Guerro," knowingly possessed a firearm, namely, a Maadi Company

7   model MISR 7.62 caliber rifle, bearing serial number CM03978, in and

8   affecting interstate and foreign commerce.

9   Defendant SALAS possessed such firearm knowing that he had

10  previously been convicted of at least one of the following felony

11  crimes, each punishable by a term of imprisonment exceeding one year:

12  1.   Carjacking, in violation of California Penal Code Section

13  215(a), in the Superior Court of the State of California, County of

14  Los Angeles, Case No. BA091187, on or about October 18, 1994;

15  2.   Evading an Officer, in violation of California Vehicle Code

16  Section 2800.2, in the Superior Court of the State of California,

17  County of Los Angeles, Case No. BA091187, on or about October 18,

18  1994;

19  3.   Felon in Possession of a Firearm, in violation of

20  California Penal Code Section 12021(a)(1), in the Superior Court of

21  the State of California, County of Los Angeles, Case No. GA031050, on

22  or about February 18, 1997;

23  4.   Possession of Controlled Substance, in violation of

24  California Health & Safety Code Section 11350(a), in the Superior

25  Court of the State of California, County of Los Angeles, Case No.

26  BA166126, on or about May 14, 1998;

27  5.   Possession for Sale of Controlled Substances, in violation

28  of California Health & Safety Code Section 11351, in the Superior

44

Court of the State of California, County of Los Angeles, Case No. BA299150, on or about March 22, 2006;

6. Possession of Controlled Substance, in violation of California Health & Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, Case No. BA327365, on or about October 10, 2007;

7. Threatening to Perform Act of Violence, in violation of 21 Oklahoma Statute Section 1378(a), in the Second Judicial District of the State of Oklahoma, Beckham County, Case No. CF-2015-00198, on or about March 6, 2017; and

8. Felon in Possession of a Firearm, in violation of 21 Oklahoma Statute Section 1283(a), in the Second Judicial District of the State of Oklahoma, Beckham County, Case No. CF-2015-00132, on or about March 6, 2017.

COUNT TWENTY-EIGHT

[18 U.S.C. §§ 922(g)(1), (g)(9)]

[DEFENDANT CARRILLO]

On or about August 29, 2022, in Los Angeles County, within the Central District of California, defendant DANIEL CARRILLO knowingly possessed the following ammunition, each in and affecting interstate and foreign commerce:

1.  19 rounds of Remington 9mm Luger caliber ammunition;

2.  1 round of Federal Cartridge Company 9mm Luger caliber ammunition;

3.  1 round of Fiocchi 9mm Luger caliber ammunition; and

4.  1 round of Poongsan Metals Corp. 9mm Luger caliber ammunition.

Defendant CARRILLO possessed such ammunition knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Inflicting Corporal Injury on a Spouse, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Riverside, Case No. BAF1500840, on or about November 24, 2015.

Additionally, defendant CARRILLO possessed such firearms knowing that he had previously been convicted of a misdemeanor crime of domestic violence, namely, Battery of Spouse, in violation of California Penal Code Section 243(e)(1), in the Superior Court of the State of California, County of Los Angeles, Case No. 0LB00649, on or about January 30, 2020.

SENTENCING ALLEGATIONS

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(viii)]

Defendant ERNESTO ECHEVERRIA, also known as ("aka") "Bad Boy," aka "Gordo," prior to committing the offenses alleged in Counts One through Eight and Ten and Eleven of this Indictment, had been finally convicted of a serious violent felony as that term is defined and used in Title 21, United States Code, Sections 802(58), 841, and 851, namely, Assault with a Firearm, in violation of California Penal Code Section 245(a)(2), in the Superior Court of the State of California, County of Los Angeles, Case No. BA295175, on or about September 19, 2006, for which defendant ECHEVERRIA served a term of imprisonment of more than 12 months.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853]

1.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of any defendant's conviction of the offenses set forth in any of Counts One through Eleven of this Indictment.

2.    Any defendant so convicted shall forfeit to the United States of America the following:

(a)    All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

(b)    All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

(c)    To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.    Pursuant to Title 21, United States Code, Section 853(p), any defendant so convicted shall forfeit substitute property if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in

value; or (e) has been commingled with other property that cannot be divided without difficulty.

//

1

2

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

3      1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal

4  Procedure, notice is hereby given that the United States of America

5  will seek forfeiture as part of any sentence, pursuant to Title 18,

6  United States Code, Section 924(d)(1), and Title 28, United States

7  Code, Section 2461(c), in the event of any defendant's conviction of

8  the offenses set forth in any of Counts Thirteen, or Fifteen through

9  Twenty-Six of this Indictment.

10     2.   Any defendant so convicted shall forfeit to the United

11 States of America the following:

12          (a)   All right, title, and interest in any firearm or

13 ammunition involved in or used in any such offense; and

14          (b)   To the extent such property is not available for

15 forfeiture, a sum of money equal to the total value of the property

16 described in subparagraph (a).

17     3.   Pursuant to Title 21, United States Code, Section 853(p),

18 as incorporated by Title 28, United States Code, Section 2461(c), any

19 defendant so convicted shall forfeit substitute property, up to the

20 value of the property described in the preceding paragraph if, as the

21 result of any act or omission of said defendant, the property

22 described in the preceding paragraph or any portion thereof (a)

23 cannot be located upon the exercise of due diligence; (b) has been

24 transferred, sold to, or deposited with a third party; (c) has been

25 placed beyond the jurisdiction of the court; (d) has been

26 substantially diminished in value; or (e) has been commingled with

27 other property that cannot be divided without difficulty.

28 //

1                     FORFEITURE ALLEGATION THREE

2                      [18 U.S.C. §§ 934 and 924]

3       3.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4  Procedure, notice is hereby given that the United States of America

5  will seek forfeiture as part of any sentence, pursuant to Title 18,

6  United States Code, Sections 934(a)(1) and 924(d), in the event of

7  any defendant's conviction of the offense set forth in Count Fourteen

8  of this Indictment.

9       4.    Any defendant so convicted shall forfeit to the United

10 States of America the following:

11           (a)   All right, title, and interest in any property

12 constituting, or derived from, any proceeds obtained, directly or

13 indirectly, as the result of such violation;

14           (b)   All right, title, and interest in any property used,

15 or intended to be used, in any manner or part, to commit, or to

16 facilitate the commission of, such violation;

17           (c)   All right, title, and interest in any firearm or

18 ammunition involved in or used in any such offense; and

19           (d)   To the extent such property is not available for

20 forfeiture, a sum of money equal to the total value of the property

21 described in subparagraph (a).

22      3.    Pursuant to Title 21, United States Code, Section 853(p),

23 as incorporated by Title 28, United States Code, Section 2461(c), any

24 defendant so convicted shall forfeit substitute property, up to the

25 value of the property described in the preceding paragraph if, as the

26 result of any act or omission of said defendant, the property

27 described in the preceding paragraph or any portion thereof (a)

28 cannot be located upon the exercise of due diligence; (b) has been

transferred, sold to, or deposited with a third party; (c) has been
placed beyond the jurisdiction of the court; (d) has been
substantially diminished in value; or (e) has been commingled with
other property that cannot be divided without difficulty.

A TRUE BILL

_____/S/_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOANNA CURTIS
Assistant United States Attorney
Chief, General Crimes Section

NISHA CHANDRAN
Assistant United States Attorney
Cyber and Intellectual Property
Crimes Section

52